**Electronically Filed
Supreme Court
SCWC-15-0000807
02-MAY-2018
09:43 AM**

SCWC-15-0000807

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

VICTORIA SHAGANENKO, Petitioner/Plaintiff-Appellant,

vs.

DENISE YAMAUCHI; KAZI RESTAURANTS IN HAWAII, INC.; BURGER KING CORPORATION, Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000807; CIV. NO. 14-1-0595)

<u>ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on April 25, 2018, is hereby dismissed.

DATED: Honolulu, Hawai‘i, May 2, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

